BEFORE THE SECOND DIVISION, OCTOBER 27, 1955

**No. 59380.**—Greatrex, Ltd., and J. J. Gavin & Co., Inc., et al. *v.* United States, protests 252879–K, etc. (New York).

283

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of travel irons similar in all material respects to those the subject of *Greatrex, Limited* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.